**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO

Case number (if known): _____  Chapter  11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Orby TV, LLC |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 82-3281392 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 12711 Ventura Blvd<br>Suite 495<br>Studio City, CA 91604<br>Number, Street, City, State & ZIP Code | 10061 Riverside Drive<br>Suite 780<br>Toluca Lake, CA 91602<br>P.O. Box, Number, Street, City, State & ZIP Code |
| Los Angeles<br>County | Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)  _____

6. Type of debtor

   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor __Orby TV, LLC_____    Case number (*if known*)_____
     Name

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
_____

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

---

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 2

Debtor  **Orby TV, LLC**
        Name

Case number (*if known*) _____

**11. Why is the case filed in this district?**

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ☐ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ■ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ■ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ■ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **Orby TV, LLC**
_____Name_____

Case number (*if known*) _____

## Request for Relief, Declaration, and Signatures

WARNING — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 11, 2021**
MM / DD / YYYY

X _/s/ [signature]_
Signature of authorized representative of debtor

**Alexander Izzard**
Printed name

Title **Chief Operating Officer**

**18. Signature of attorney**

X **/s/ Ron Bender**
Signature of attorney for debtor

Date **March 11, 2021**
MM / DD / YYYY

**Ron Bender 143364**
Printed name

**Levene, Neale, Bender, Yoo & Brill L.L.P.**
Firm name

**10250 Constellation Blvd., Suite 1700
Los Angeles, CA 90067**
Number, Street, City, State & ZIP Code

Contact phone **(310) 229-1234**    Email address **rb@lnbyb.com**

**143364 CA**
Bar number and State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

Fill in this information to identify the case:

Debtor name: **Orby TV, LLC**
United States Bankruptcy Court for the: **CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO**
Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Satelites Mexicanos, S.A. DE C.V./Eutels Avenida Paseo de la Reforma 222, Torre De Oficinas, Piso 20, Colonia Juarez Del. Cuauhtemoc, Ciudad de Mexico MEXICO | | | | | | $16,440,000.00 |
| Viacom International Inc. 1515 Broadway, 50th Floor New York, NY 100368901 | | | | | | $16,258,800.00 |
| AMC Network Entertainment, LLC. 11 Penn Plaza New York, NY 10001 | | | | | | $10,406,000.00 |
| Kaonmedia Co. Ltd. KAONMEDIA Bldg, 884-3, Seongnam-daero Bundang-gu, Seongnam-si, Gyeonggi-d 463-839 KOREA | | | | | | $4,564,949.00 |
| Turner Broadcasting System, Inc./Warner One CNN Center, 14 SW Atlanta, GA 30303-2762 | | | | | | $4,425,318.00 |
| Cannella Response Television, LLC 848 Liberty Dr Burlington, WI 531059384 | | | | | | $525,996.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1
Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  Orby TV, LLC
Name

Case number (if known)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Discovery Communications One Discovery Place Silver Spring, MD 20910 | | | | | | $416,919.00 |
| A&E Television Networks, LLC. 235 East 35th Street New York, NY 10016 | | | | | | $236,955.00 |
| Alticast Corporation 6th fl, Park Bldg., 16, Banpo-daero 27-gil, Seocho-gu Seoul KOREA | | | | | | $178,987.00 |
| 24-7 Intouch 240 Kennedy St., 2nd Floor Winnipeg MB R3C 1T1 CANADA | | | | | | $108,164.00 |
| Home Box Office, Inc. (HBO) 1100 Avenue of the Americas New York, NY 10036 | | | | | | $101,104.00 |
| Saddle Creek Logistics PO Box 530625 Atlanta, GA 30353 | | Saddle Creek Logistics has the right to place a warehouseman's lien on the set-top-boxes and satellite dishes stored in their facility in Ontario, CA. | | | | $97,660.00 |
| Nagravision USA 275 Sacramento Street San Francisco, CA 94111 | | | | | | $91,667.00 |
| Starz Entertainment, LLC 8900 Liberty Cir Englewood, CO 801127057 | | | | | | $87,145.00 |
| The Terraces 12711 Ventura Blvd., Suite 100 Studio City, CA 91604 | | | | | | $75,000.00 |

Debtor  **Orby TV, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Epix Entertainment LLC<br>260 Madison Ave FL 9<br>New York, NY 100162416 | | | | | | $33,207.00 |
| Crown Media United States, LLC<br>12700 Ventura Blvd # 100<br>Studio City, CA 91604 | | | | | | $18,208.00 |
| Saddle Creek Transprotation<br>3010 Saddle Creek Road<br>Lakeland, FL 33801 | | | | | | $15,651.00 |
| W.G. Nielson & Co. (WGN)<br>3200 Cherry Creek S. Drive, Ste. 470<br>Denver, CO 80209 | | | | | | $15,000.00 |
| Target Corporation<br>PO Box #860363<br>Minneapolis, MN 55486-0363 | | | | | | $10,348.00 |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Ron Bender 143364<br>10250 Constellation Blvd., Suite 1700<br>Los Angeles, CA 90067<br>(310) 229-1234 Fax: (310) 229-1244<br>California State Bar Number: 143364 CA<br>rb@lnbyb.com | |

☐ Debtor(s) appearing without an attorney
■ Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SAN FERNANDO**

| In re:<br><br>Orby TV, LLC<br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11 |
|---|---|
| | **VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __5__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **March 11, 2021** _____
Signature of Debtor 1

Date: _____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: **March 11, 2021** _____
Signature of Attorney for Debtor (if applicable)

_____
This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                                                            F 1007-1.MAILING.LIST.VERIFICATION

Orby TV, LLC
10061 Riverside Drive
Suite 780
Toluca Lake, CA 91602


Ron Bender
Levene, Neale, Bender, Yoo & Brill L.L.P.
10250 Constellation Blvd., Suite 1700
Los Angeles, CA 90067


U.S. Trustee  San Fernando  Valley
915 Wilshire Blvd.
Suite 1850
Los Angeles, CA 90017


24-7 Intouch
240 Kennedy St., 2nd Floor
Winnipeg MB R3C 1T1
CANADA


A&E Television Networks, LLC.
235 East 35th Street
New York, NY 10016


Alticast Corporation
6th fl, Park Bldg., 16, Banpo-daero
27-gil, Seocho-gu Seoul
KOREA


AMC Network Entertainment, LLC.
11 Penn Plaza
New York, NY 10001


Best Buy
7601 Penn Ave. S
Richfield, MN 55423

Cannella Response Television, LLC
848 Liberty Dr
Burlington, WI 531059384


Crown Media United States, LLC
12700 Ventura Blvd # 100
Studio City, CA 91604


CSPAN
400 N. Capitol Street, NW, Ste. 650
Washington, DC 20001


Discovery Communications
One Discovery Place
Silver Spring, MD 20910


Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001


Epix Entertainment LLC
260 Madison Ave FL 9
New York, NY 100162416


Franchise Tax Board
Bankruptcy Section, MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952


FYI Television
1901 N. State Highway 360,
Suite 200
Grand Prairie, TX 75050

Home Box Office, Inc.  HBO
1100 Avenue of the Americas
New York, NY 10036


Internal Revenue Service  IRS
P.O. Box 7346
Philadelphia, PA 19101-7346


Kaonmedia Co. Ltd.
KAONMEDIA Bldg, 884-3, Seongnam-daero
Bundang-gu, Seongnam-si, Gyeonggi-d
463-839 KOREA


Los Angeles County Tax Collector
P.O. Box 54110
Los Angeles, CA 90054-0110


Nagravision USA
275 Sacramento Street
San Francisco, CA 94111


Newsmax Media, Inc.
750 Park of Commerce Dr. # 100
Boca Raton, FL 33487


Saddle Creek Logistics
PO Box 530625
Atlanta, GA 30353


Saddle Creek Transprotation
3010 Saddle Creek Road
Lakeland, FL 33801

```
Satelites Mexicanos, S.A. DE C.V./Eutels
Avenida Paseo de la Reforma 222, Torre
De Oficinas, Piso 20, Colonia Juarez
Del. Cuauhtemoc, Ciudad de Mexico
MEXICO


Starz Entertainment, LLC
8900 Liberty Cir
Englewood, CO 801127057


State Board of Equalization
Account Info Group, MIC:29
P.O. Box 942879
Sacramento, CA 94279-0029


Syndigo
141 W. Jackson Blvd. Suite 1220
Chicago, IL 60604


Target Corporation
PO Box #860363
Minneapolis, MN 55486-0363


The Terraces
12711 Ventura Blvd., Suite 100
Studio City, CA 91604


Turner Broadcasting System, Inc./Warner
One CNN Center, 14 SW
Atlanta, GA 30303-2762


Viacom International Inc.
1515 Broadway, 50th Floor
New York, NY 100368901
```

W.G. Nielson & Co.  WGN
3200 Cherry Creek S. Drive, Ste. 470
Denver, CO 80209

The Names And Addresses Of The Subscribers Will Be The Subject Of A Separate Motion Filed With The Bankruptcy Court.